that part of the decree appealed from which finds that Duncan E. Cameron at the time of his death was domiciled in the City of Washington, D. C." Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Consisting of Buildings Bounded by Ocean Parkway, West Avenue, Van Sicklen Place and Riverside Avenue, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion to refer to an official referee granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of H. MILTON GEWERTZ, an Attorney.— Motion, which is in the nature of a motion for reargument, denied. In considering this motion, as well as in deciding the motion to confirm the official referee's reports, the court did not take into consideration the accountant's report. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

In the Matter of the Petition of ARTHUR GOLUB for the Payment of an Award Made in the Matter of Acquiring Title by the City of New York to the Tilden Avenue School Site.— Motion to confirm report of official referee granted. Submit order to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of THE HAYFORD REALTY CORPORATION for Payment of the Awards Made for Lots Numbered 16 and 17 in Block 4742, on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit in the Proceedings to Acquire Title by THE CITY OF NEW YORK to Certain Lands and Premises Consisting of the Two Blocks, Bounded by Tilden Avenue on the North, East 57th Street on the West, Beverly Road on the South and East 59th Street on the East, in the Borough of Brooklyn, as a School Site, According to Law.— Motion to confirm official referee's report granted. Submit order to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of LILLIAN KAPLAN, an Infant under the Age of Fourteen, by MORRIS KAPLAN, General Guardian of the Person and Property of Said Infant, Jointly with the Clerk of the Surrogate's Court, Kings County, for the Payment of an Award for Damage Lot 54 in Block 4742.— Motion to confirm report of official referee granted. Submit order to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ROSE KLAHR, Respondent, v. NELSON FLOYD & Co., INC., and Others, Appellants.— Motion to extend time to perfect and argue appeal granted, and time extended until twenty days after the entry of a judgment at Special Term upon the report of the referee to compute. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

WALTER S. KLEE, Respondent, v. CROSSWAYS APARTMENTS CORPORATION and Others, Defendants. CORNAGE AVENUE HOLDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

EMIL F. KUPFER and MARY KUPFER, Respondents, v. JENNIE R. THOMPSON